FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 24, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NEW GENERATION BEEKEEPING LLC, a Washington limited liability company; and OLEKSANDR KULYUKIN, an individual,<br><br>Defendants. | NO. 4:26-CV-5124-TOR<br><br>ORDER GRANTING STIPULATED PRELIMINARY INJUNCTION |

BEFORE THE COURT are Plaintiff's Motion to Extend the Temporary Restraining Order (ECF No. 13) and the parties' stipulated Preliminary Injunction (ECF No. 14). These matters were submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Plaintiff's Motion to Extend the Temporary Restraining Order (ECF No. 13) is DENIED as moot and the parties'

stipulated Preliminary Injunction (ECF No. 14) is GRANTED.

On July 29, 2026, Plaintiff filed a Complaint and Motion for Temporary Restraining Order for Defendants to comply with the Immigration and Nationality Act. ECF No. 1. On July 30, 2026, the Court issued an Order granting Plaintiff's Motion for Temporary Restraining Order and Order to show cause why preliminary injunction should not be issued. ECF No. 4. Defendants filed a status report and subsequently responded to Plaintiff's Motions. ECF Nos. 8-11. On August 13, 2026, Plaintiff moved to extend the Court's Temporary Restraining Order until the Court decides whether a preliminary injunction is necessary. Defendants do not oppose the Motion.

On the same day, the parties filed a stipulated Preliminary Injunction. ECF No. 14. Accordingly, the Court denies Plaintiff's Motion to Extend the Temporary Restraining Order and incorporates the parties' proposed stipulated Preliminary Injunction.

/

/

/

/

/

/

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Extend Temporary Restraining Order (ECF No. 13) is **DENIED as moot.**
2. The parties' stipulated Preliminary Injunction (ECF No. 14) is **GRANTED.** The terms of the Preliminary Injunction located at ECF No. 14 are incorporated herein and Defendants are **ENJOINED** as stated in ECF No. 14.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED August 24, 2026.

THOMAS O. RICE
United States District Judge